# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Smith, Lavenski R. | Court of Appeals, 8th Circuit | 05/24/2001 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge | X Nomination, Date 05/22/2001 ___ Initial ___ Annual ___ Final | 01/01/2000 to 04/30/2001 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1000 Center Street  P.O. Box 400  Little Rock, AR 72203-0400 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  (Reporting individual only; see pp. 9-13 of Instructions.)

☐ NONE (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| 1 | Church Elder | Mission Blvd. Baptist Church |
| 2 | | |
| 3 | | |

## II. AGREEMENTS  (Reporting individual only; see pp. 14-16 of Instructions.)

☐ NONE (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | 1995 | TIAA-CREF, John Brown University. Retirement plan, some control |
| 2 | 2000 | State of Arkanas pension, not vested |
| 3 | | |

## III. NON-INVESTMENT INCOME  (Reporting individual and spouse; see pp. 17-24 of Instructions.)

☐ NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 2000 | State of Arkansas, salary | 106,232.00 |
| 2 | 1999 | State of Arkansas, Judicial salary | 109,642.00 |
| 3 | 2001 | State of Arkansas, salary | 25,422.00 |
| 4 | | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Lavenski R. | 05/24/2001 |

## VII. Page 1 INVESTMENTS and TRUSTS— income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Superior Federal Bank | A | Interest | | | Exempt | | | | |
| 2 Regions Bank IRA | A | Interest | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE (No such reportable reimbursements.) | | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE (No such reportable gifts.) | | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ NONE (No reportable liabilities.) | | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

*VAL CODES:J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | Smith, Lavenski R. | 05/24/2001 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

# IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____     Date 5/24/01

Note:          Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

**Mail original and three additional copies to:**

**Committee on Financial Disclosure**
**Administrative Office of the United States Courts**
**One Columbus Circle, N.E.**
**Suite 2-301**
**Washington, D.C. 20544**

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks $9,000 | | | | Notes payable to banks-secured $8,000 | | | |
| U.S. Government securities-add schedule | | | 0 | Notes payable to banks-unsecured $18,000 | | | |
| Listed securities-add schedule | | | 0 | Notes payable to relatives | | | 0 |
| Unlisted securities--add schedule | | | 0 | Notes payable to others | | | 0 |
| Accounts and notes receivable: | | | 0 | Accounts and bills due | | | 0 |
| Due from relatives and friends | | | 0 | Unpaid income tax | | | 0 |
| Due from others | | | 0 | Other unpaid income and interest | | | 0 |
| Doubtful | | | 0 | Real estate mortgages payable-add schedule $121,000 | | | |
| Real estate owned-add schedule $150,000 | | | | Chattel mortgages and other liens payable | | | 0 |
| Real estate mortgages receivable | | | 0 | Other debts-itemize: | | | |
| Autos and other personal property $45,000 | | | 0 | medical debt $3,775 | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Judicial pension fund $13,635 | | | | | | | |
| TIAA-Cref Teaching pension $7,100 | | | | | | | |
| | | | | Total liabilities $150,775 | | | |
| | | | | Net Worth $73,960 | | | |
| Total Assets $224,735 | | | | Total liabilities and net worth $224,735 | | | |
| CONTINGENT LIABILITIES | | | 0 | GENERAL INFORMATION | | | |
| As endorser, co-maker or guarantor | | | 0 | Are any assets pledged? (Add schedule) no | | | |
| On leases or contracts | | | 0 | Are you defendant in any suits or legal actions? NO | | | |
| Legal Claims | | | 0 | Have you ever taken bankruptcy? NO | | | |
| Provision for Federal Income Tax | | | 0 | | | | |
| Other special debt | | | 0 | | | | |